**Mariya Yevgenyevna AIRIKYAN, Petitioner,**

Rustam V. Pachev, Party in Interest,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 14–1987.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 25, 2015.

Decided: March 18, 2015.

Mariya Yevgenyevna Airikyan, Petition-
er Pro Se. Joyce R. Branda, Acting Assis-
tant Attorney General, Keith Ian Mc-
Manus, Senior Litigation Counsel, Joseph
Anthony O'Connell, Michele Yvette Fran-
ces Sarko, Office of Immigration Litiga-
tion, United States Department of Justice,
Washington, D.C., for Respondent.

Before FLOYD and HARRIS, Circuit
Judges, and DAVIS, Senior Circuit Judge.

Petition denied by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Mariya Yevgenyevna Airikyan, a native
of Armenia and a citizen of Kazakhstan,
petitions for review of an order of the
Board of Immigration Appeals ("Board")
dismissing her appeal from the immigra-
tion judge's denial of her requests for asy-
lum and withholding of removal.* We
have thoroughly reviewed the record, in-
cluding the transcript of Airikyan's merits
hearing and all supporting evidence. We
conclude that the record evidence does not

---

* Airikyan does not challenge the denial of relief
under the Convention Against Torture. Ac-
cordingly, review of that issue is waived. See

compel a ruling contrary to any of the
administrative factual findings, see 8
U.S.C. § 1252(b)(4)(B) (2012), and that
substantial evidence supports the adverse
credibility finding. See Tewabe v. Gon-
zales, 446 F.3d 533, 538 (4th Cir.2006).
We further conclude that a review of Air-
ikyan's independent corroborating evi-
dence does not compel a different result.

Accordingly, we deny the petition for
review for the reasons stated by the
Board. See In re: Airikyan (B.I.A. Aug.
21, 2014). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore this court and argument would not aid
the decisional process.

*PETITION DENIED.*

*Ngarurih v. Ashcroft,* 371 F.3d 182, 189 n. 7
(4th Cir.2004).